Héctor E. Quiroga, Sr.  
QUIROGA LAW OFFICE, PLLC  
505 N. Argonne Rd., Suite B-109  
Spokane Valley, WA 99212  
(509) 927-3840  

Honorable Judge Patricia C. Williams

UNITED STATES BANKRUPTCY COURT

In re: )
)
MICHAEL J. HARLANDER, and ELICIA )
HARLANDER )  Case No. 10-05606-PCW13
) ORDER DENYING
) PROOF OF CLAIM
Debtors. )
)

THIS MATTER came to the court by debtor, HSBC Bank Nevada, N.A. (Best Buy Co., Inc) on January 24, 2011, when they filed a Proof of Claim (Document #10). Debtor's properly objected to the proof of claim on March 11, 2011 (Document #57). To date, creditor, HSBC Bank Nevada, N.A., has failed to respond to objection or to set the matter for hearing within the statutory prescribed time.

IT IS HEREBY ORDERED:

The proof of claim filed by debtor, HSBC Bank Nevada, N.A. (Best Buy Co., Inc) on January 24, 2011 is denied.

Dated October 19, 2011

Presented by:

Quiroga Law Office, PLLC

/s/ Héctor E. Quiroga  
Attorney for Debtor, WSBA # 41716

*Patricia C. Williams* (signature)  
Patricia C. Williams  
Bankruptcy Judge

10/28/2011 11:07:50

QUIROGA LAW OFFICE, PLLC  
505 N. Argonne Rd., Suite B-109  
Spokane Valley, WA 99212  
Telephone (509) 927-3840  
Fax (509) 210-4607

ORDER DENYING PROOF OF CLAIM - Page 1

10-05606-FPC13    Doc 62    Filed 10/28/11    Entered 10/31/11 14:23:09    Pg 1 of 1